IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVEN LEE CARTER, Inmate #R25659,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ILLINOIS DEPARTMENT OF CORRECTIONS,** *et al.*, )<br>)<br>**Defendants.** )<br>) | **CIVIL NO. 06-450-WDS** |

**MEMORANDUM AND ORDER**

**STIEHL, District Judge:**

Currently pending before the Court are Plaintiff's motions for appointment of counsel (Doc. 3), for a directed order (Doc. 4), and to waive the initial partial filing fee (Doc. 8).

**APPOINTMENT OF COUNSEL**

Until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, Plaintiff's request for appointment of counsel is premature. Therefore, the motion for appointment of counsel (Doc. 3) is **DENIED** without prejudice. Once the Court has completed that preliminary review, Plaintiff may renew his request at that time.

**DIRECTED ORDER**

Plaintiff asks that the Court issue an order directing the trust fund officers at Menard and Big Muddy River Correctional Centers to provide him with copies of his trust fund account statement, presumably for the Court to use in considering his motion for leave to proceed *in forma pauperis*. The Court was able to make its assessment of Plaintiff's assets using the information Plaintiff had

already submitted, and the Court does not need any further financial information from Plaintiff. Thus, Plaintiff's motion for a directed order (Doc. 4) is **DENIED** as moot.

### FILING FEE

Plaintiff also requests that the Court waive the initial partial filing fee assessed in the action because he currently has a significant negative balance in his prison trust fund account. Plaintiff's motion to waive the initial partial filing fee (Doc. 8) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED: February 15, 2007**

                                              **s/ WILLIAM D. STIEHL**
                                                 **DISTRICT JUDGE**