IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVEN LEE CARTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ILLINOIS DEPARTMENT OF** | ) |
| **CORRECTIONS, et al,** | ) |
| | ) |
| Defendants. | )   Case No. 06-CV-650-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action was before the Court for jury trial on December 14, 2009.

**IT IS ORDERED AND ADJUDGED** that pursuant to the motion for judgment as a matter of law that was granted at the conclusion of plaintiff's case, judgment is entered in favor of the defendants, **RACHEL VASQUEZ,** (sued herein as Rachel B. Nutter), **ROY L. GRATHLER** and **SCOTT MONTROY** (sued herein as Scott Montros) and against the plaintiff, **KEVEN LEE CARTER.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated May 20, 2009, judgment is entered in favor of defendant, **ALAN UCHTMAN** and against plaintiff, **KEVEN LEE CARTER.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated May 30, 2007, judgment is entered in favor of defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., K. HESS and PRISONER REVIEW BOARD** and against the plaintiff, **KEVEN LEE CARTER.** This case is dismissed with prejudice. Each party shall bear their own costs. -------------------------------------------------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: December 15, 2009


APPROVED: /s/   *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT